# Paulk *v.* King,

*Statutory Action in nature of Ejectment.*

1. *Unrecorded deed; statutory protection to purchasers against.*—As against purchasers and judgment creditors without notice, an unrecorded deed is inoperative and void (Code, §§ 1810–11); and though possession acquired and held under an unrecorded deed is sufficient to charge a subsequent purchaser with notice, when there is an actual change of possession, mere attornment by the tenant in possession is not sufficient.

APPEAL from the Circuit Court of Bullock.

Tried before the Hon. JESSE M. CARMICHAEL.

The facts of this case are substantially the same as on the former appeal.—*King v. Paulk*, 85 Ala. 186. The charge of the court was in favor of the plaintiff, and that charge is assigned as error.

LAW & SMITH, for appellant.

NORMAN & SON, *contra*.

STONE, C. J.—This case was brought to this court by appeal at the last term. The only question raised by the present record was then decided. Upon remandment of the cause, the Circuit Court followed the rulings of this court in giving the charge requested by the plaintiff. This being the only error assigned by the appellant, the judgment is

[Vincent v. Walker.]

affirmed on the authority of *King v. Paulk*, 85 Ala. 186; *Fitzgerald v. Williamson*, 85 Ala. 585, and cases cited.

Affirmed.